IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MONTEZ ARTIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 22-cv-02385 |
| | ) | |
| v. | ) | Honorable Matthew F. Kennelly |
| | ) | |
| WEXFORD HEALTH SOURCE, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## IDOC DEFENDANTS' STATUS REPORT

Defendants Rob Jeffreys and David Gomez ("Defendants), by and through their attorney Kwame Raoul, Attorney General of the State of Illinois, submit the following status report pursuant to the Court's February 15, 2025, Order (ECF No. 79):

1. On January 29, 2025, Plaintiff's counsel in 20cv7770 and 20cv2673 (pending before this Court) and Assistant Unit Supervisor Daniel N. Robbin entered into a global settlement arrangement to resolve four of Plaintiff's current pending cases, including this matter, case nos. 23cv2385, 20cv7770, 20cv2673, and Central District case 22cv1457. IDOC Defendants agreed to settle this matter in exchange for a release of all claims against the IDOC Defendants, subject to IDOC's standard settlement agreement.

2. A total of four cases between two district courts have been settled, including 22cv2385.

3. The settlement agreement and stipulation to dismiss for this matter was drafted and sent to Plaintiff's counsel, Mayer Brown LLP, in cases 20cv7770 and 20cv2673for permission to send directly to the Plaintiff on March 12, 2025. This request was out of an abundance of caution pursuant to Rule of Professional Conduct 4.2. Assistant Unit Supervisor Daniel

N. Robbin obtained clarification from Plaintiff's counsel on March 17, 2025, and the documents for Mr. Artis's personal signature were sent to him on March 18 that will resolve the case at bar, 22cv2385 and Central District case 22cv1457. The agreement has been executed by IDOC and Attorney Daniel N. Robbin. Only Mr. Artis's signature remains.

4. The undersigned is waiting to receive the signed stipulation to dismiss from Mr. Artis and will file with the Court upon receipt.

5. The undersigned respectfully requests to submit a subsequent status report within 21 days, up to and including April 10, 2025, to apprise the Court of any further progress.

Dated: March 20, 2025.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois      By:      */s/ Huda Khan*
                                           HUDA KHAN
                                           Assistant Attorney General
                                           General Law Bureau
                                           115 South LaSalle Street
                                           Chicago, Illinois 60603
                                           (312) 446-1286
                                           Huda.Khan@ilag.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 20, 2025, the foregoing **IDOC DEFENDANTS' STATUS REPORT** was filed with the Clerk of the Court for the Northern District of Illinois using the Illinois CM/ECF System, which will send notification to counsel of record. I certify this filing will also be mailed by via the United States Postal Service to the following non-CMECF participants:

    Montez Artis (B-84281)
    Pinckneyville
    P.O. Box 1000
    5835 State Route 154
    Pinckneyville, IL 62274-3410

                                                                         */s/Huda Khan*